AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Alle Processing Corp.
was received by me on *(date)*  05/018/2020  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Aaron Hallender  , who is
designated by law to accept service of process on behalf of *(name of organization)*  Alle Processing Corp.
Manager (authorized to accept service)  on *(date)*  05/22/2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  105.00  for travel and $  0  for services, for a total of $  10  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/22/2020

*Server's signature* [signature]

John L Hudak lic#1392295
*Printed name and title*

1204 ave u brooklyn ny 11229
*Server's address*

Additional information regarding attempted service, etc: