# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>Alle Processing Corp., a New York Corporation,<br><br>                    Defendant. | No. CV-20-00963-PHX-DGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Court has reviewed the parties' Stipulation for Extension of Time to Respond to the Complaint (First Request). Doc. 8.

**IT IS ORDERED** that the parties' stipulation for extension of time to respond (Doc. 8) is **granted.** Defendant Alle Processing Corp. shall respond to the complaint on or before **August 6, 2020.** The Court is not inclined to grant further extension to this deadline absent the showing of extraordinary circumstances.

Dated this 9th day of July, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge